UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   LUIS GUSTAVO CABRERA,                               Case No: 11-40357-LMI

_____Debtor._____/                                   Chapter 13

MOTION TO REOPEN CASE AND
MOTION TO REINSTATE CASE AND SET ASIDE DISMISSAL

Debtor, LUIS CABRERA, through undersigned counsel, moves this Court to reinstate his case and to set set aside the dismissal, and in support states as follows:

1. This case was filed under chapter 13 on September 15, 2010.

2. This case was dismissed on September 22, 2014 [ECF No. 50].

3. This case was closed on February 6, 2015 [ECF No. 53].

4. Undersigned counsel is in possession of the $18,930.21 necessary for the Debtor to be current under the confirmed plan at the time of the filing of this Motion.

WHEREFORE, the Debtor, LUIS CABRERA, respectfully prays that this Honorable Court enter an Order Reopening this Case and Reinstating it on the grounds set forth above.

Submitted By:

_/s/ Kelly Roberts_____
James Schwitalla, Esquire
F.B.N. 911488
Kelly Roberts, Esquire
F.B.N. 83804
Attorney for the Debtor(s)
Park Place II
12954 S.W. 133 Court
Miami, Florida 33186
Office (305) 278-0811