

ORDERED in the Southern District of Florida on March 9, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  LUIS GUSTAVO CABRERA,                           Case No: 11-40357-LMI

_____Debtor._____/                              Chapter 13

### ORDER REOPENING CHAPTER 13 CASE

This matter came to be heard on <u>March 3, 2015 at 9:00 a.m.</u> on the debtors' motion to reopen his chapter 13 case [the "Motion"; ECF No. 55]. Based on the representations of counsel, there being no objections, and based on the record, it is

**ORDERED** as follows:

1)   The case is **REOPENED**.

###

SUBMITTED BY: James Schwitalla, Esquire
The Bankruptcy Law Offices of James Schwitalla, P.A.
12954 SW 133 Court, Miami, FL 33186
Phone: 305.278.0811, Fax: 305.278.0812
jws@MiamiBKC.net
The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).