**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA** www.flsb.uscourts.gov

In re:  Case No. 11-40357-LMI
Chapter 13

_____Debtor(s): Luis Gustavo Cabrera_____/

**RESPONSE/ NOTICE OF OBJECTION TO DISCHARGE**

The Creditor, Sorvein Perez in the above captioned matter certifies as follows:

A. The creditor does not consent with the order of discharge.

B. The debtor has not complied with his domestic support obligations after the bankruptcy.

1. The last payment received by the creditor was check #633866 issued by the trustee in September of 2016.

2. The creditor provided the debtor with an address to mail payments back in November of 2016 when he claimed he was making the last payment to the trustee, but to this date creditor has not received a single payment.

3. Payments were ordered by the Family Count to the debtor in the amount of $328.44.

C. The debtor has made no attempt to comply with his child support order and the only time the creditor received steady payments was during this bankruptcy and only because a trustee was involved. Even then, there was a lapse of payments in year 2014.

_____
Creditor's Signature

Dated: 3/31/17

305-414-3916