UNITED STATES BANKRUPTCY COURT
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: LUIS GUSTAVO CABRERA,                    Case No. 11-40357-LMI
         Debtor.                    /                    Chapter 13

**NOTICE OF FILING OF PROOF OF PAYMENT AND DELIVERY OF ALL POST-PLAN-COMPLETION CHILD SUPPORT PAYMENTS (NOVEMBER 2016 – APRIL 2017)**

Debtor, LUIS GUSTAVO CABRERA, through undersigned counsel, files this notice of *Proof of Payment and Delivery of all Post-Plan-Completion Child Support Payments (November 2016 – April 2017)*

1. Attached are the proof of payment and delivery of all the post-plan-completion Child Support Payments (November 2016 – April 2017).

    Respectfully Submitted By:

    /s/ James Schwitalla
    James Schwitalla, Esquire
    F.B.N. 911488
    Kelly Roberts, Esquire
    F.B.N. 83804
    Attorney for the Debtor
    Park Place II
    12954 S.W. 133 Court
    Miami, Florida 33186
    Office (305) 278-0811









# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70170660000080515901

   Delivered

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| April 24, 2017, 12:24 pm | Delivered, Left with Individual | MIAMI, FL 33156 |



Your item was delivered to an individual at the address at 12:24 pm on April 24, 2017 in MIAMI, FL 33156.

| | | |
|---|---|---|
| April 22, 2017, 11:21 am | Business Closed | MIAMI, FL 33156 |
| April 22, 2017, 9:09 am | Out for Delivery | MIAMI, FL 33156 |
| April 22, 2017, 8:59 am | Sorting Complete | MIAMI, FL 33156 |

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| April 22, 2017, 8:15 am | Arrived at Unit | MIAMI, FL 33176 |
| April 20, 2017, 4:18 pm | In Transit to Destination | |
| April 19, 2017, 4:18 pm | Departed USPS Facility | MIAMI, FL 33152 |
| April 18, 2017, 7:56 pm | Arrived at USPS Facility | MIAMI, FL 33152 |
| April 18, 2017, 12:51 pm | Acceptance | MIAMI, FL 33256 |

See Less ∧

## Available Actions

Text Updates ∨

Email Updates ∨

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

## There's an easier way to track your packages.

Why jump from page to page to track packages being sent to you? With My USPS™, you can easily track all your packages in one place. Sign up to:

- Set up automatic email and text alerts, so you'll never have to manually track a package again

- Provide delivery instructions, so your carrier knows where to leave packages

## Sign Up

(https://reg.usps.com/entreg/RegistrationAction_input?

(https://www.usps.com/)

app=UspsTools&appURL=https%

3A%2F%2Ftools.usps.com%

2Fgo%2FTrackConfirmAction%

21input%3FtLabels%

3D70170660000080515901)

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us (https://www.usps.com/help/welcome.htm) | About USPS Home (http://about.usps.com/) | Business Customer Gateway (https://gateway.usps.com/) | Privacy Policy (http://about.usps.com/who-we-are/privacy-policy/privacy-policy-highlights.htm) |
| Site Index (https://www.usps.com/globals/site-index.htm) | Newsroom (http://about.usps.com/news/welcome.htm) | Postal Inspectors (https://postalinspectors.uspis.gov/) | |
| FAQs (http://faq.usps.com/) | USPS Service Updates (http://about.usps.com/news/service-alerts/welcome.htm) | Inspector General (http://www.uspsoig.gov/) | Terms of Use (http://about.usps.com/termsofuse.htm) |
| | Forms & Publications (http://about.usps.com/forms-publications/welcome.htm) | Postal Explorer (http://pe.usps.gov/) | FOIA (http://about.usps.com/who-we-are/foia/welcome.htm) |
| | Government Services (https://www.usps.com/gov-services/gov-services.htm) | National Postal Museum (http://www.postalmuseum.si.edu) | No FEAR Act EEO Data (http://about.usps.com/who-we-are/no-fear-act/welcome.htm) |
| | Careers (http://about.usps.com/careers/welcome.htm) | Resources for Developers (https://www.usps.com/webtools/welcome.htm) | |

Copyright © 2017 USPS. All Rights Reserved.

 (https://www.facebook.com/USPS?rf=108501355848630)

 (https://twitter.com/usps)

 (http://www.pinterest.com/uspsstamps/)

 (https://www.youtube.com/usps)





```
7016 1370 0001 1159 8550

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

MIAMI, FL 33156

Certified Mail Fee        $3.35
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00         Postmark
☐ Certified Mail Restricted Delivery $ $0.00        Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $
Postage
          $6.65
$                                              04/25/2017
Total Postage and Fees
          $10.00
$
Sent To
_____
Street and Apt. No., or PO Box No.
_____
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions
```

```
       (Flat Rate)
   ⟨] (Expected Delivery Day)
      (Wednesday 04/26/2017)
   Certified          1           $3.35
      (@@USPS Certified Mail #)
   ⟨] (70161370000111598550)

                                 $10.00
Total

                                 $10.00
Debit Card Remit'd
   (Card Name:Debit Card)
   (Account #:XXXXXXXXXXXX6564)
   (Approval #:        )
   (Transaction #:317)
   (Receipt #:007808)
   (Debit Card Purchase:$10.00)
   (Cash Back:$0.00)

Includes up to $50 insurance

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.


*******************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
*******************************
```

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70161370000111598550

Delivered

**On Time**
**Updated Delivery Day:** Wednesday, April 26, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
Priority Mail™

**Features:**
Certified Mail™
Up to $50 insurance included Restrictions Apply ⓘ

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| April 26, 2017, 12:07 pm | Delivered, To Mail Room | MIAMI, FL 33156 |

Your item has been delivered to the mail room at 12:07 pm on April 26, 2017 in MIAMI, FL 33156.

| | | |
|---|---|---|
| April 26, 2017, 9:10 am | Out for Delivery | MIAMI, FL 33156 |
| April 26, 2017, 9:00 am | Sorting Complete | MIAMI, FL 33156 |

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| April 26, 2017, 7:56 am | Arrived at Unit | MIAMI, FL 33176 |
| April 26, 2017, 5:50 am | Arrived at USPS Facility | MIAMI, FL 33156 |
| April 26, 2017, 5:48 am | Arrived at USPS Facility | MIAMI, FL 33116 |
| April 26, 2017, 5:15 am | Departed USPS Facility | OPA LOCKA, FL 33054 |
| April 26, 2017, 2:28 am | Arrived at USPS Facility | OPA LOCKA, FL 33054 |
| April 25, 2017, 7:43 pm | Departed Post Office | MIAMI, FL 33197 |
| April 25, 2017, 2:33 pm | Acceptance | MIAMI, FL 33197 |

See Less ∧

## Available Actions

Text Updates ∨

Email Updates ∨

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)

**There's an easier way to track your packages.**

Why jump from page to page to track packages being sent to you? With My USPS™, you can easily track all your packages in one place. Sign up to:

Set up automatic email and text alerts, so you'll never have to manually track a package again

Provide delivery instructions, so your carrier knows where to leave packages

Sign Up

(https://reg.usps.com/entreg/RegistrationAction_input?

(https://www.usps.com/)

app=UspsTools&appURL=https%

3A%2F%2Ftools.usps.com%

...com/go/TrackConfirmAction?tLabels=70161370000111598550        4/28/2017

2Fgo%2FTrackConfirmAction%
21input%3FtLabels%
3D70161370000111598550)

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us (https://www.usps.com/help/welcome.htm) | About USPS Home (http://about.usps.com/) | Business Customer Gateway (https://gateway.usps.com/) | Privacy Policy (http://about.usps.com/who-we-are/privacy-policy/privacy-policy-highlights.htm) |
| Site Index (https://www.usps.com/globals/site-index.htm) | Newsroom (http://about.usps.com/news/welcome.htm) | Postal Inspectors (https://postalinspectors.uspis.gov) | |
| FAQs (http://faq.usps.com/) | USPS Service Updates (http://about.usps.com/news/service-alerts/welcome.htm) | Inspector General (http://www.uspsoig.gov/) | Terms of Use (http://about.usps.com/termsofuse.htm) |
| | Forms & Publications (http://about.usps.com/forms-publications/welcome.htm) | Postal Explorer (http://pe.usps.gov/) | FOIA (http://about.usps.com/who-we-are/foia/welcome.htm) |
| | Government Services (https://www.usps.com/gov-services/gov-services.htm) | National Postal Museum (http://www.postalmuseum.si.edu) | No FEAR Act EEO Data (http://about.usps.com/who-we-are/no-fear-act/welcome.htm) |
| | Careers (http://about.usps.com/careers/welcome.htm) | Resources for Developers (https://www.usps.com/webtools/welcome.htm) | |

Copyright © 2017 USPS. All Rights Reserved.

 (https://www.facebook.com/USPS?rf=108501355848630)

 (https://twitter.com/usps)

 (http://www.pinterest.com/uspsstamps/)

 (https://www.youtube.com/usps)