

ORDERED in the Southern District of Florida on May 26, 2017.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re:  LUIS GUSTAVO CABRERA, | Case No: 11-40357-LMI |
| _____Debtor._____/ | Chapter 13 |

### ORDER OVERRULING OBJECTION TO DISCHARGE AS WITHDRAWN

This matter came to be heard on May 2, 2017 at 3:00 p.m. on the Creditor's *Response/Notice of Objection to Discharge* [the "Objection"; ECF No. 71]. Based on the representations of counsel that the Debtor is current on the subject domestic support obligation, and based on the record, it is

**ORDERED** as follows:

1) The Objection is overruled as withdrawn; and
2) The clerk of courts may issue the Debtor's Discharge.

###

SUBMITTED BY: James Schwitalla, Esquire
The Bankruptcy Law Offices of James Schwitalla, P.A.
12954 SW 133 Court, Miami, FL 33186
Phone: 305.278.0811, Fax: 305.278.0812
jws@MiamiBKC.net
The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).